Final Order No. BPR-2003-00979   Date:
FILED   3-31-03
Department of Business and Professional Regulation
AGENCY CLERK
Sarah Wachman, Agency Clerk
By: *Sarah Wachman*

STATE OF FLORIDA
BOARD OF PROFESSIONAL ENGINEERS

FLORIDA ENGINEERS MANAGEMENT
CORPORATION,

    Petitioner,

vs.

    DOAH CASE NO.: 02-0019
    LICENSE NO.: PE 18122

JOSEPH C. CASH, P.E.,

    Respondent.
_____/

## FINAL ORDER

THIS MATTER was heard by the Board of Professional Engineers pursuant to Section 120.57(1), Florida Statutes, on February 20, 2003, in Orlando, Florida, for consideration of the Respondent's letter of resignation dated November 25, 2002 (a copy of which is attached and incorporated herein by reference) as a voluntary relinquishment of his license in lieu of further discipline in the above-styled case. The Petitioner was represented by Douglas D. Sunshine, Prosecuting Attorney. The Respondent was not present at the proceedings, and was not represented by counsel.

Upon consideration of the Administrative Complaint in this matter, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:

    1.    Respondent's letter of resignation is hereby approved, adopted and incorporated herein by reference as a voluntarily relinquishment of licensure.

    2.    Respondent shall adhere to and abide by all of the terms and conditions in his letter dated November 25, 2002.

*Exhibit A*

FILED
Florida Engineers Management Corporation
Clerk
CLERK _Juanita Bara_
DATE

3. This Order shall be placed in and became a part of Respondent's official records and shall become effective upon filing with the Clerk of the Florida Engineers Management Corporation.

DONE AND ORDERED this 28th day of March, 2003.

BOARD OF PROFESSIONAL
ENGINEERS

*R. Gerry Miller*
R. GERRY MILLER, Ph.D., P.E.
CHAIR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Final Order has been provided by certified mail to Joseph C. Cash, P.E., 4422 Mundella Circle, S.W., Port Charlotte, Florida 33948; and by hand delivery to Agency Clerk, Florida Engineers Management Corporation, 2507 Callaway Road, Suite 200, Tallahassee, Florida 32303, by 5:00 p.m., on this _____ day of _____, 2003.

_____
NATALIE LOWE